**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 11-3093-01-CR-S-RED |
| ) | |
| **OMAR DOMINGUEZ-ORDONEZ,** ) | |
| ) | |
| **Defendant.** ) | |

**TO COUNSEL
NOTICE OF HEARING**

To: Government's counsel:   Michael Scott Oliver, <u>AUSA</u>

   Defendant's counsel:   Ann M. Koszuth, <u>AFPD</u>

You are hereby notified of the following hearing:

Date and time of hearing:   Wednesday, April 18, 2012, at 9:30 a.m.
Place of hearing:       Courtroom 1, 3rd Floor, Springfield, MO
Purpose of hearing:     Sentencing

                    <u>  /s/ Richard E. Dorr  </u>
                    RICHARD E. DORR, JUDGE
                    UNITED STATES DISTRICT COURT

DATED:  April 12, 2012